

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Lisa Carlyne Cole<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 02-00956-SJO<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __Friday, February 3, 2017__ , _____ , at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Douglas F. McCormick__ , in Courtroom __6B__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __2/2/2017__    _____
                       U.S. District Judge/Magistrate Judge

---